**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DOROTHY LEWIS,

                Plaintiff,

vs.                                                                                              Case No.07-4011-KGS

UFCW LOCAL No. 2 and
EMPLOYERS PENSION FUND,

                Defendants.

### ORDER

Pursuant to the consent of the parties, the present case has been reassigned to the undersigned for all future proceedings (Doc. 12). Consequently, plaintiff's prior Motion to Reassign Case (Doc. 5) is now unnecessary. Accordingly,

IT IS THEREFORE ORDERED that plaintiff's Motion to Transfer Case to Presiding Magistrate (Doc. 5) is denied as moot.

IT IS SO ORDERED.

Dated this 7th day of March, 2007, at Topeka, Kansas.

                                                                s/ K. Gary Sebelius
                                                                  K. Gary Sebelius
                                                                  U.S. Magistrate Judge